## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **AYOUB S QATTOUM** | **:** | **DOCKET NO. 2:07-cv-378**<br>**Section P** |
| **VS.** | **:** | **JUDGE MINALDI** |
| **DIRECTOR, IMMIGRATION &**<br>**CUSTOMS ENFORCEMENT** | **:** | **MAGISTRATE JUDGE WILSON** |

### REPORT AND RECOMMENDATION

Currently before the court is a "Voluntary Motion to Dismiss" [doc. 10] filed by *pro se* petitioner, Ayoub S. Qattoum. This matter has been referred to the undersigned magistrate judge for review, report, and recommendation in accordance with 28 U.S.C. §636(b)(1)(B).

By this petition for writ of *habeas corpus,* the petitioner challenges his continued detention in post-removal-order custody. In the petition, he states that he has been in post-removal-order detention for more than six months and that there is no significant likelihood of removal in the reasonably foreseeable future. In light of the facts presented by the petitioner, the court ordered the respondent to answer the petition and granted the petitioner an opportunity to respond to the respondent's answer. On April 17, 2007, an answer was filed on behalf of the respondent. On April 20, 2007, petitioner filed a letter informing the court that he had been released from post-removal-order custody on April 12, 2007 and that his petition is now moot. He asks that his petition be dismissed.

Having considered petitioner's motion, the court finds that his challenge to his post-removal-order detention is now moot and should be dismissed.

For this reason,

IT IS RECOMMENDED that the "Motion to Dismiss" [doc. 10] be GRANTED and that this petition be DENIED AND DISMISSED WITH PREJUDICE as moot.

Under the provisions of 28 U.S.C. §636(b)(1)(C), the parties have ten (10) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, April 23, 2007.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE